IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE STEWART BENAVIDEZ,

    Petitioner,                    No. CIV S-10-3132 MCE GGH P

   vs.

MICHAEL MARTEL,

    Respondent.                ORDER

_____/

        Pursuant to the Order, filed on December 13, 2010, petitioner, by filing dated December 22, 2010, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

DATED: January 10, 2010                        /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
bena3132.ifpg